*ROGERS & AL.* vs. *M'CRUMMEN.*

A like judgment as in the preceding case.

*Baldwin* for the plaintiffs, *Oakley* for the de-
fendant.

—◦╋◦—

*MOLLAN & AL.* vs. *M'CRUMMEN.*

A like judgment as in the preceding case.

*Baldwin* for the plaintiffs, *Oakley* for the de-
fendant.